Certificate Number: 17082-PAE-DE-031102790

Bankruptcy Case Number: 18-12436



17082-PAE-DE-031102790

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 29, 2018</u>, at <u>6:29</u> o'clock <u>PM MST</u>, <u>STEPHEN GALVIN</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>May 29, 2018</u>

By:    <u>/s/Orsolya K Lazar</u>

Name:    <u>Orsolya K Lazar</u>

Title:    <u>Executive Director</u>