United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-12436-ref
Stephen Joseph Galvin                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin              Page 1 of 2         Date Rcvd: Aug 03, 2018
                            Form ID: 318             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.
```
db            Stephen Joseph Galvin,   2612 S Law St,   Allentown, PA 18103-6814
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14089791      Alltran,   PO Box 722929 Box 722929,   Houston, TX 77272-2929
14099163     +Bank of America,   as Servicer for The Bank of NewYork,   c/o Rebecca A. Solarz, Esq.,
              701 Market Street, Ste 5000,   Philadelphia, PA 19106-1541
14089794      Barbara J Galvin,   2612 S Law St,   Allentown, PA 18103-6814
14089798      Credit Control,   PO Box 31179,   Tampa, FL 33631-3179
14089799     +Discover Bank, Through Its Servicing Age,   c/o Weltman, Weinberg Reis,
              170 S Independence Mall W # 874W,   Philadelphia, PA 19106-3334
14089801      Hayt, Hayt & Landau,   Meridian Center,   1 Industrial Way W,   Eatontown, NJ 07724-2255
14089803     +Merchants Credit Fuide,   223 W Jackson Blvd Ste 900,   Chicago, IL 60606-6914
14089806      Mr. Cooper,   PO Box 619094 Box 619094,   Dallas, TX 75261-9094
14089807      Sunrise Credit Services,   PO Box 9100,   Farmingdale, NY 11735-9100
14089809      THD,   PO Box 6497,   Sioux Falls, SD 57117-6497
14089810      United Collection Bureau,   5620 Southwyck Blvd Ste 206,   Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2018 02:04:28
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2018 02:04:42     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14089793      EDI: BANKAMER.COM Aug 04 2018 05:53:00      Bank of America,   PO Box 982235,
              El Paso, TX 79998-2235
14089795      EDI: BMW.COM Aug 04 2018 05:53:00      BMW Financial Services,   Regional Service center,
              PO Box 3608 Box 3608,   Dublin, OH 43016-0306
14092788     +EDI: AISACG.COM Aug 04 2018 05:53:00      BMW Financial Services NA, LLC,
              AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14089792      EDI: BANKAMER.COM Aug 04 2018 05:53:00      Bank of America,   PO Box 31785 Box 31785,
              Tampa, FL 33631-3785
14089796      EDI: CAPITALONE.COM Aug 04 2018 05:53:00      Capital One,   4851 Cox Rd,
              Glen Allen, VA 23060-6293
14089797      EDI: CHASE.COM Aug 04 2018 05:53:00      Chase Card Services,   PO Box 15298,
              Wilmington, DE 19850-5298
14089800     +EDI: TSYS2.COM Aug 04 2018 05:53:00      DSNB Macys,   PO Box 8218,   Mason, OH 45040-8218
14089802      EDI: CBSKOHLS.COM Aug 04 2018 05:53:00      Kohls/Capital One,   PO Box 3115,
              Milwaukee, WI 53201-3115
14089804      EDI: MERRICKBANK.COM Aug 04 2018 05:53:00      Merrick Bank,   PO Box 9201,
              Old Bethpage, NY 11804-9001
14089805      EDI: MID8.COM Aug 04 2018 05:53:00      Midland Credit Management,   PO Box 13105 Box 13105,
              Roanoke, VA 24031-3105
14089808      EDI: RMSC.COM Aug 04 2018 05:53:00      Syncb/Lowes,   Box 965005,   Orlando, FL 32896-5005
14090724     +EDI: RMSC.COM Aug 04 2018 05:53:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Aug 03, 2018
                              Form ID: 318             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              LYNN E. FELDMAN    on behalf of Debtor Stephen Joseph Galvin feldmanfiling@rcn.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE, ET AL. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stephen Joseph Galvin** | Social Security number or ITIN  **xxx−xx−6461** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **18−12436−ref**

# Order of Discharge                                                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephen Joseph Galvin

8/2/18

**By the court:**  Richard E. Fehling
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**